RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _/_25_//_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CENTURYTEL OF CHATHAM, LLC, ET AL. | CIVIL ACTION NO. 09-1951 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SPRINT COMMUNICATIONS COMPANY LP | MAG. JUDGE MARK HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 28], and for the additional reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss Count II and Refer the Other Counts to the Federal Communications Commission [Doc. No. 11] is GRANTED, and Count II of Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this case is STAYED, and the remaining counts in Plaintiffs' Complaint are referred to the Federal Communications Commission ("FCC"). After one year from the date of this Court's Ruling, if any party is not satisfied that the FCC has made substantial progress toward deciding the matter, the party may file a motion to vacate the stay with this Court.

IT IS FURTHER ORDERED that Plaintiffs' request for oral argument as construed as a Motion for Hearing [Doc. No. 29] is DENIED.

MONROE, LOUISIANA, this 24 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE